25-03

FILED 21 JAN '26 16:44USDC-ORP



UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:26-cr-00016-MO |
| v. | INDICTMENT |
| JOQUAN ALFRED PENNINGTON,<br>AKA JOQUAN ALFRED YOUNG,<br>AKA "LIL RYDER," | 18 U.S.C. § 922(g)(1)<br>Forfeiture Allegation |
| Defendant. | UNDER SEAL |

THE GRAND JURY CHARGES:

### COUNT 1
### (Felon in Possession of a Firearm)
### (18 U.S.C. § 922(g)(1))

On or about December 21, 2025, in the District of Oregon, defendant JOQUAN

ALFRED PENNINGTON, AKA JOQUAN ALFRED YOUNG, AKA "LIL RYDER,"

knowing he had been previously convicted of a crime punishable by imprisonment for a term

exceeding one year, specifically:

(1) Felon in Possession of a Firearm, on or about July 14, 2017, in Multnomah County

Circuit Court, case number 14CR32768;

(2) Unlawful Use of a Weapon – Firearm, on or about June 23, 2016, in Multnomah

Count Circuit Court, case number 15CR00852;

Indictment

Page 1

(3) Assault in the Second Degree, on or about June 16, 2016, in Multnomah County Circuit Court, case number 15CR04882;

(4) Assault in the Third Degree and Failure to Perform Duties of Driver to Injured Persons, on or about November 25, 2014, case number 14CR08963;

did knowingly and unlawfully possess the following firearm:

(1) a 7.62 x 39mm Inter Ordnance AK Pistol, with a large capacity magazine;

which firearm had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant **JOQUAN ALFRED PENNINGTON, AKA JOQUAN ALFRED YOUNG, AKA "LIL RYDER,"** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm involved in that offense, including without limitation:

(1) a 7.62 x 39mm Inter Ordnance AK Pistol, large capacity magazine, all ammunition and firearm accessories;

Dated: January 21, 2026

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

LEWIS S. BURKHART, OSB #082781
Assistant United States Attorney

**Indictment**                                                                                          **Page 2**